# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Exhibit "A"



**Registration Number**
**VA 2-230-262**

Effective Date of Registration:
October 21, 2020
Registration Decision Date:
January 06, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: April 08, 2013 to October 25, 2013

**Title**

        Title of Group: Bjorn Wallander 2013 Q3 & Q4
Number of Photographs in Group: 541

- **Individual Photographs:** OT246583, OT246569, OT246567, OT246568, OT246581, OT246570, OT246582, OT246558, OT246571, OT246578, OT246579, OT246574, OT246557, OT246572, OT246573, OT246566, OT246580, OT246559, OT246560, OT246565, OT246561, OT246584, OT246562, OT246564, OT246576, OT1286039, OT179260, OT1227202, OT1259739, OT246585, OT246575, OT246563, OT246577
  **Published:** April 2013

- **Individual Photographs:** OT190268, OT190266, OT190264, OT190265, OT190263, OT190277, OT190276, OT190275, OT190274, OT190273, OT190262, OT190261, OT190260, OT190280, OT190279, OT190278, OT190272, OT190271, OT190270, OT190269, OT190267, OT170194, OT170187, OT170177, OT170178, OT170188, OT170189, OT170190, OT170191, OT170192, OT170193, OT170196, OT170195, OT170179, OT170180, OT170181, OT170182, OT170183, OT170184, OT170185, OT170186, OT1251452, OT1251491, OT1251495, OT1251494, OT1251493, OT1251492, OT1251490, OT1251489, OT1251488, OT1251487, OT1251486, OT1251485, OT1251476, OT1251475, OT1251466, OT1251465, OT1251464, OT1251463, OT1251462, OT1251453, OT1251034, OT1251033, OT1251061, OT1251062, OT1251063, OT1251044, OT1251045, OT1251048, OT1251049, OT1251050, OT1251051, OT1251064, OT1251065, OT1251066, OT1251067, OT1251052, OT1251053, OT1251054, OT1251043, OT1251055, OT1251056, OT1251057, OT1251058, OT1251059, OT1251060, OT1251042, OT1251031, OT1251030, OT1251041, OT1251040, OT1251039, OT1251037, OT1251038, OT1251032, OT1251036, OT1251035
  **Published:** June 2013

- **Individual Photographs:** OT1251075, OT1251069, OT1251068, OT1251071, OT1251070, OT1251072, OT1251073, OT1251074, OT1251088, OT1251089, OT1251090, OT1251091, OT1251092, OT1251086, OT1251087, OT1251093, OT1251094, OT1251095, OT1251083, OT1251096, OT1251097, OT1251099, OT1251098, OT1251101, OT1251102, OT1251103, OT1251104, OT1251084, OT1251085, OT1251100, OT1251082, OT1251077, OT1251078, OT1251079, OT1251080, OT1251081,

OT1251076, OT1251105, OT1251106, OT1251107, OT1251108, OT1251109,
OT1148976, OT1148977, OT1148975, OT1148978, OT1148979, OT1148980,
OT1130702, OT1130701, OT1130700, OT1130698, OT1130697, OT1130696,
OT1130695, OT1130699, OT1130803, OT1130764, OT1130732, OT1130704,
OT1130703, OT1130848, OT1130826, OT170130, OT170128, OT170127,
OT170126, OT170125, OT170124, OT170123, OT170117, OT170118,
OT170120, OT170121, OT170122, OT170132, OT170131, OT170135,
OT170136, OT170137, OT170138, OT170139, OT170140, OT170141,
OT170142, OT170129, OT170115, OT170114, OT170143, OT170119,
OT170133, OT170134, OT170116, OT1251597, OT1251568, OT1251557,
OT1251556, OT1251558, OT1251559, OT1251560, OT1251563, OT1251562,
OT1251561, OT1251549, OT1251551, OT1251550, OT1251548, OT1251552,
OT1251553, OT1251555, OT1251564, OT1251565, OT1251554, OT1251566,
OT1251567, OT1251569, OT1251570, OT1251571, OT1251573, OT1251572,
OT1251574, OT1251575, OT1251576, OT1251624, OT1251633, OT1251623,
OT1251622, OT1251613, OT1251611, OT1251612, OT1251609, OT1251610,
OT1251607, OT1251608, OT1251606, OT1251605, OT1251604, OT1251658,
OT1251603, OT1251601, OT1251602, OT1251652, OT1251600, OT1251598,
OT1251599, OT1251595, OT1251596, OT1251594, OT1251592, OT1251593,
OT1251591, OT1251651, OT1251642

**Published:** July 2013

- **Individual Photographs:** OT190287, OT190292, OT190290, OT190291, OT190289, OT190286,
OT190285, OT190284, OT190283, OT190282, OT190281, OT190288,
OT190297, OT190296, OT190295, OT190294, OT190293

  **Published:** August 2013

- **Individual Photographs:** OT190307, OT190306, OT190305, OT190304, OT190303, OT190302,
OT190301, OT190300, OT190299, OT190298, OT190308, OT1251692,
OT1251659, OT1251660, OT1251661, OT1251662, OT1251663, OT1251664,
OT1251665, OT1251666, OT1251667, OT1251668, OT1251677, OT1251678,
OT1251680, OT1251679, OT1251682, OT1251681, OT1251683, OT1251684,
OT1251685, OT1251686, OT1251687, OT1251688, OT1251689, OT1251691,
OT1251690, OT1251693, OT1251694, OT1251701, OT1251719, OT1251748,
OT1251744, OT1251743, OT1251712, OT1251710, OT1251703, OT1251705,
OT1251706, OT1251707, OT1251708, OT1251709, OT1251740, OT1251741,
OT1251742, OT1251745, OT1251746, OT1251747, OT1251757, OT1251759,
OT1251760, OT1251711, OT1251713, OT1251714, OT1251715, OT1251717,
OT1251716, OT1251718, OT1251738, OT1251737, OT1251728, OT1251727,
OT1251725, OT1251722, OT1251721, OT1251704, OT1251702, OT1251720,
OT1251724, OT1251723, OT1251726, OT1251739, OT1251758, OT1251772,
OT1251773, OT1251777, OT1251776, OT1251775, OT1251774, OT1251767,
OT1251768, OT1251769, OT1251770, OT1251778, OT1251779, OT1251792,
OT1251791, OT1251780, OT1251781, OT1251782, OT1251783, OT1251784,
OT1251785, OT1251786, OT1251787, OT1251788, OT1251799, OT1251789,
OT1251790, OT1251771, OT170284, OT170269, OT170270, OT170271,
OT170272, OT170273, OT170274, OT170275, OT170276, OT170277,
OT170278, OT170279, OT170264, OT170265, OT170262, OT170263,
OT170266, OT170267, OT170268, OT170280, OT170281, OT170282,
OT170283, OT170285, OT179200, OT179197, OT179198, OT179196,
OT179195, OT179212, OT179211, OT179210, OT179209, OT179208,
OT179207, OT179206, OT179205, OT179204, OT179203, OT179202,
OT179201, OT179199

  **Published:** September 2013

- **Individual Photographs:** OT190316, OT190318, OT190319, OT190320, OT190321, OT190309,
OT190310, OT190311, OT190312, OT190313, OT190314, OT190315,
OT190317, OT170216, OT170218, OT170219, OT170220, OT170221,



OT170208, OT170207, OT170206, OT170205, OT170212, OT170204,
OT170203, OT170201, OT170200, OT170199, OT170202, OT170217,
OT170209, OT170210, OT170197, OT170198, OT170211, OT170213,
OT170214, OT170215, OT1251804, OT1251821, OT1251820, OT1251819,
OT1251818, OT1251817, OT1251816, OT1251815, OT1251822, OT1251803,
OT1251814, OT1251812, OT1251811, OT1251810, OT1251809, OT1251807,
OT1251808, OT1251806, OT1251805, OT1251802, OT1251801, OT1251800,
OT1251813, OT157960, OT157951, OT157948, OT157956, OT157954,
OT1119902, OT157957, OT157959, OT157955, OT157969, OT157970,
OT157967, OT157961, OT157975, OT157966, OT157968, OT157974,
OT157972, OT157973, OT157971, OT157950, OT157952, OT157953,
OT157976, OT157965, OT157949, OT157963, OT157962

**Published:** October 2013

## Completion/Publication

**Year of Completion:** 2013
**Earliest Publication Date in Group:** April 08, 2013
**Latest Publication Date in Group:** October 25, 2013
**Nation of First Publication:** United States

## Author

- **Author:** Bjorn Wallander
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** Sweden
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Bjorn Wallander
22 Main Street, East Haddam, CT, 06423, United States

## Rights and Permissions

**Organization Name:** OTTO Image, LLC.
**Name:** Bill Hannigan
**Email:** bill@ottoarchive.com
**Telephone:** (212)777-0078
**Address:** 793 Broadway 2nd Floor
New York, NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** October 21, 2020
**Applicant's Tracking Number:** USCO-06942

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.