# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-350-785**
**Effective Date of Registration:**
May 09, 2023
**Registration Decision Date:**
June 09, 2023

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 09, 2013 to December 06, 2013

### Title

| | |
|---|---|
| **Title of Group:** | Eric Piasecki 2013 Part 1 |
| **Number of Photographs in Group:** | 713 |

- **Individual Photographs:** OT1158503, OT1213228, OT1213229, OT1213230, OT1213231, OT1213232, OT1213233, OT1213234, OT1213235, OT1213236, OT1213237, OT1213238, OT1213239, OT1213240, OT1213241, OT1213242, OT1213244, OT1213245, OT1213246, OT1213247, OT1213248, OT1213249, OT1213250, OT1213251, OT1213252, OT1213253, OT1213254, OT1213255, OT1213256, OT1213257, OT1213258, OT1213259
  **Published:** February 2013

- **Individual Photographs:** OT199387, OT199388, OT199389, OT199390, OT199391, OT199392, OT199393, OT199394, OT199395, OT199396, OT199397, OT199398, OT199399, OT199400, OT199401, OT199402, OT199403, OT199404, OT199405, OT199406, OT199407, OT199408, OT199409, OT199410, OT199411, OT188118, OT188119, OT188120, OT188121, OT188122, OT138037, OT138038, OT138039, OT138040, OT138041, OT138042, OT138043, OT138044, OT138045, OT138046, OT138047, OT138048, OT138049, OT138050, OT138051, OT138052, OT138053, OT138054, OT138055, OT138056, OT138057, OT138058, OT138059, OT138060, OT138061, OT150513, OT150514, OT150515, OT150516, OT150517, OT150518, OT150519, OT150520, OT150521, OT150522, OT150523, OT150524, OT150525, OT150526, OT150527, OT150528, OT150529, OT150530, OT150531, OT150532, OT150533, OT150534, OT150535, OT150536, OT150537, OT150538, OT150539, OT150540, OT150541, OT150542, OT150543, OT150544, OT150545, OT150546, OT150547, OT150548, OT150549, OT150550, OT150551, OT150552, OT150553, OT150554, OT150555, OT150556, OT161840, OT161841, OT161842, OT161843, OT161844, OT161845, OT161846, OT161847, OT161848, OT161849, OT161850, OT161851, OT161852, OT161853, OT161854, OT161855, OT161856, OT161857, OT161858, OT161859, OT161860, OT161861, OT161862, OT161863, OT161864, OT161865, OT178114, OT178115, OT178116, OT178117, OT178118, OT178119, OT178120, OT178121, OT178122, OT178123, OT178124, OT178125, OT178126, OT178127, OT178128, OT178129, OT178130, OT178131, OT178132
  **Published:** March 2013

- **Individual Photographs:** OT1185442, OT1185443, OT1185444, OT1185445, OT1185446, OT1185447, OT1185448, OT1185449, OT1185450, OT1185451, OT1185452, OT1185453, OT1185454, OT1185455, OT1185456, OT1185457, OT1185458, OT1185459, OT1185460, OT1185461, OT1185462, OT1185463, OT1142376, OT1142377, OT1142378, OT1142379, OT1142380, OT1142381, OT1142382, OT1142383, OT1142384, OT1142385, OT1142386, OT1142387, OT1142388, OT1142389, OT1142390, OT1142391, OT177229, OT144500, OT144501, OT144502, OT144503, OT144504, OT144505, OT144506, OT144507, OT144508, OT144509, OT144510, OT144511, OT1143331, OT1143337, OT1143338, OT1143339, OT1143340, OT1143341, OT1143342, OT1143343, OT1143344, OT1143345, OT1143346, OT1143347, OT1143348, OT1143349, OT1143350, OT1143351, OT1143352, OT1143353, OT1143354, OT1143355, OT1143356, OT1143357, OT1143358, OT1143359, OT1143367, OT1143368, OT1143369, OT2155130
  **Published:** April 2013

- **Individual Photographs:** OT151266, OT151267, OT151268, OT151269, OT151270, OT151271, OT151272, OT151273, OT151274, OT151275, OT151276, OT151277, OT151278, OT151279, OT151280, OT151281, OT151282, OT151283, OT151284, OT151285, OT162095, OT162096, OT162097, OT162098, OT162099, OT162100, OT162101, OT162102, OT162103, OT162104, OT162105, OT162106, OT162107, OT162108
  **Published:** May 2013

- **Individual Photographs:** OT1107252, OT1107251, OT1107250, OT1107253, OT1107254, OT1107255, OT1107256
  **Published:** June 2013

- **Individual Photographs:** OT1142392, OT1142393, OT1142394, OT1142395, OT1142396, OT1142397, OT1142398, OT1142399, OT1142400, OT1142401, OT1142402, OT1142403, OT1142404, OT1142405, OT1127214, OT1127215, OT1127216, OT1127217, OT1127218, OT1127219, OT1127220, OT1127221, OT1127222, OT1127223, OT1127224, OT1127225, OT1127226, OT1127227, OT1127228, OT1127229, OT1127230, OT1127231, OT1127232, OT1127233, OT1127234, OT1127235, OT1127236, OT1127237, OT1127238, OT1127239, OT1127240, OT1127241, OT1127242, OT1127243, OT1127244, OT1127245, OT1127246, OT1127247, OT1127248, OT1127249, OT1127250, OT1127251, OT1127252, OT1127253, OT1127254, OT1127255, OT1127256, OT1127257, OT1127258, OT1127259, OT1127260, OT1127261, OT242713, OT242718, OT242730, OT242737, OT242738, OT242740, OT242741, OT242752, OT242753, OT242757, OT242769, OT164073, OT164079, OT164093, OT164094, OT164108, OT164112
  **Published:** July 2013

- **Individual Photographs:** OT156146, OT156147, OT156148, OT156149, OT156150, OT156151, OT156152, OT156153, OT156154, OT156155, OT156156, OT156157, OT156158, OT156159, OT156160, OT156161, OT147706, OT147707, OT147708, OT147709, OT147710, OT147711, OT147712, OT147713, OT147714, OT147715, OT147716, OT147717, OT147718, OT147719, OT147720, OT147721, OT147722, OT147723, OT147724, OT147725, OT147726, OT147727, OT147728, OT147729, OT147730, OT171764, OT171765, OT171766, OT171767, OT171768, OT171769, OT171770, OT171771, OT171772, OT171773, OT171774, OT171775, OT171776, OT171777, OT171778, OT171779, OT171780, OT171781, OT171782, OT171783, OT171784, OT171785, OT144512, OT144513, OT144514, OT144515, OT144516, OT144517, OT144518, OT144519, OT199061, OT199062, OT199063, OT199064, OT199066, OT199067, OT199068,



OT199070, OT199071, OT199073, OT199074, OT199075, OT199078, OT199080, OT199065, OT199069, OT199072, OT199076, OT199077, OT199082, OT199083, OT199084, OT199085, OT199086, OT199079, OT199081, OT199087

**Published:** August 2013

- **Individual Photographs:** OT161975, OT161976, OT161977, OT161978, OT161979, OT161980, OT161981, OT161982, OT161983, OT161984, OT161985, OT161986, OT161987, OT161988, OT161989, OT161990, OT161991, OT161992, OT161993, OT161994, OT161995, OT161996, OT161997, OT161998, OT161999, OT162000, OT162001

**Published:** September 2013

- **Individual Photographs:** OT155702, OT155703, OT155704, OT155705, OT155706, OT155707, OT155708, OT155709, OT155710, OT155711, OT155712, OT155713, OT155714, OT155715, OT155716, OT155717, OT155718, OT155719, OT155720, OT155721, OT153907, OT153908, OT153909, OT153910, OT153911, OT153912, OT153913, OT153914, OT153915, OT153916, OT153917, OT153918, OT153919, OT153920, OT153921, OT153922, OT153923, OT153924, OT153925, OT153926, OT153927, OT153928, OT153929, OT153930, OT153931, OT153932, OT153933, OT153934, OT153935, OT153936, OT153937, OT153938, OT153939, OT153940, OT153941, OT153942, OT153943, OT153944, OT153945, OT153946, OT153947

**Published:** October 2013

- **Individual Photographs:** OT167777, OT167778, OT167779, OT167780, OT167781, OT167782, OT167783, OT167784, OT167785, OT167786, OT167787, OT167788, OT167789, OT167790, OT167791, OT167792, OT167793, OT167794, OT167795, OT167796, OT167797, OT167798, OT167799, OT167800, OT167801, OT167802, OT167803, OT167804, OT167805, OT167806, OT167807, OT165477, OT165478, OT165479, OT165480, OT165481, OT165482, OT165483, OT165484, OT165485, OT165486, OT165487, OT165488, OT165489, OT165490, OT165491, OT165492, OT165493, OT165494, OT165495, OT165496, OT165497, OT165498, OT165499, OT165500, OT165501, OT165502, OT165503, OT165504, OT165505, OT165506, OT165507, OT165508, OT151286, OT151287, OT151288, OT151289, OT151290, OT151291, OT151292, OT151293, OT151294, OT151295, OT151296, OT151297, OT151298, OT151299, OT151300, OT151301, OT151302, OT151303, OT151304, OT151305, OT151315, OT151316, OT151317, OT151318, OT151319, OT151320, OT151321, OT151308, OT151306, OT151307, OT151309, OT151310, OT151311, OT151312, OT151313, OT151314

**Published:** November 2013

- **Individual Photographs:** OT153007, OT153008, OT153009, OT153010, OT153011, OT153012, OT153013, OT153014, OT153015, OT153016, OT153017, OT153018, OT153019, OT153020, OT153021, OT153003, OT153004, OT153005, OT153006, OT167809, OT167810, OT167811, OT167812, OT167813, OT167814, OT167815, OT167816, OT155601, OT155602, OT155603, OT155604, OT155605, OT167808, OT167818, OT167819, OT167820, OT167821, OT167822, OT167823, OT167824, OT167825, OT167826, OT167827, OT155592, OT155593, OT155594, OT155595, OT155596, OT155597, OT155598, OT155599, OT155600, OT167817

**Published:** December 2013

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Earliest Publication Date in Group: | February 09, 2013 |
| Latest Publication Date in Group: | December 06, 2013 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Eric Piasecki |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Eric Piasecki |
| | 132 Calle Ventoso W, Santa Fe, NM, 87506, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | OTTO Archive, LLC |
| Name: | Bill Hannigan |
| Email: | info@ottoarchive.com |
| Telephone: | (212)777-0078 |
| Address: | 128 Java Street |
| | Brooklyn, NY 11222 United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | May 09, 2023 |
| Applicant's Tracking Number: | USCO-09297 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . |



XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.