# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-375-259**
Effective Date of Registration:
November 16, 2023
Registration Decision Date:
December 15, 2023

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: May 05, 2008 to December 26, 2008

**Title** _____

| | |
|---|---|
| Title of Group: | Scott Frances 2008 |
| Number of Photographs in Group: | 591 |

- **Individual Photographs:** OT140708, OT140707, OT140706, OT140705, OT140704, OT140703, OT1216280, OT1216279, OT1216281, OT1216282, OT1216283, OT1216284, OT1216286, OT1216287, OT1216278, OT1216277, OT1216276, OT1216275, OT1216274, OT1216273, OT1216272, OT1216271, OT1216270, OT1216269, OT1216268, OT1216259, OT17940, OT17939, OT17938, OT17937, OT17936, OT17935, OT17934, OT17933, OT17932, OT17931, OT17930, OT17913, OT17928, OT17929, OT17946, OT17945, OT17944, OT17943, OT17941, OT17916, OT17942, OT17927, OT17926, OT17925, OT17924, OT17923, OT17922, OT17921, OT17920, OT17919, OT17918, OT17917
  Published: May 2008

- **Individual Photographs:** OT1211108, OT1211107, OT1211114, OT211948, OT211927, OT211926, OT211928, OT211929, OT211934, OT211935, OT211936, OT211937, OT211938, OT211939, OT211940, OT211941, OT211942, OT211943, OT211944, OT211945, OT211946, OT211947, OT153606, OT153607, OT153608, OT153610, OT153611, OT153612, OT153584, OT153590, OT153591, OT153592, OT153593, OT153594, OT153597, OT153600, OT153601, OT153602, OT153603, OT153604, OT153605, OT153582, OT153583, OT153585, OT153586, OT153587, OT153588, OT153589, OT153595, OT153596, OT153598, OT153599, OT153614, OT153613, OT153609
  Published: June 2008

- **Individual Photographs:** OT117739, OT117726, OT117725, OT117724, OT117723, OT117728, OT117729, OT117731, OT117732, OT117730, OT117733, OT117734, OT117735, OT117736, OT117737, OT117738, OT117727, OT170810, OT170809, OT170808, OT170807, OT170806, OT170805, OT170804, OT170803, OT170802, OT170801, OT170800, OT170799, OT170825, OT170823, OT170822, OT170821, OT170820, OT170819, OT170818, OT170817, OT170816, OT170815, OT170814, OT170813, OT170812, OT170811, OT170828, OT170827, OT170826, OT170824, OT1141672, OT1141679, OT1141678, OT1141677, OT1141676, OT1141675, OT1141674, OT1141673, OT1141671, OT1141670, OT1141669, OT1141668, OT1141667,

OT1141666, OT1141665, OT1141664, OT1141663, OT1141662, OT1141656,
OT1141655, OT1141654, OT1141653, OT1141648, OT1141647, OT1141646,
OT1141645, OT1141644, OT1141643, OT1141642, OT1141641, OT1141640,
OT1141639, OT1141637, OT1141636, OT1141652, OT115399, OT115398,
OT115418, OT115417, OT115416, OT115415, OT115414, OT115413,
OT115412, OT115411, OT115410, OT115409, OT115408, OT115407,
OT115406, OT115405, OT115404, OT115403, OT115402, OT115401,
OT115400, OT115397

**Published:** July 2008

- **Individual Photographs:** OT179264, OT179263, OT179262, OT179268, OT179267, OT179266, OT179265, OT179269

  **Published:** August 2008

- **Individual Photographs:** OT142895, OT142896, OT142898, OT142897, OT142899, OT142900, OT142901, OT142902, OT142903, OT142894

  **Published:** September 2008

- **Individual Photographs:** OT170596, OT170600, OT170599, OT170598, OT170597, OT170602,
OT170603, OT170604, OT170605, OT170606, OT170607, OT170608,
OT170609, OT170615, OT170614, OT170613, OT170612, OT170611,
OT170610, OT170601, OT16073, OT16072, OT16071, OT16070, OT16069,
OT16068, OT16067, OT16066, OT16065, OT16064, OT16063, OT16062,
OT16061, OT16074, OT16084, OT16085, OT16086, OT16083, OT16082,
OT16080, OT16081, OT16079, OT16078, OT16077, OT16076, OT16075,
OT187032, OT187033, OT187034, OT187035, OT187036, OT187037,
OT187038, OT187030, OT187031, OT127925, OT127937, OT127936,
OT127923, OT127924, OT127926, OT127927, OT127928, OT127929,
OT127930, OT127933, OT127932, OT127931, OT127934, OT127935,
OT17154, OT17160, OT17161, OT17162, OT17163, OT17164, OT17135,
OT17151, OT17152, OT17150, OT17149, OT17148, OT17147, OT17146,
OT17145, OT17143, OT17144, OT17142, OT17141, OT17140, OT17139,
OT17138, OT17137, OT17136, OT17153, OT16982, OT17003, OT17002,
OT17001, OT17000, OT16999, OT16998, OT16997, OT16996, OT16995,
OT16994, OT16993, OT16992, OT16991, OT16990, OT16989, OT16988,
OT16985, OT16984, OT16983, OT16980, OT16981, OT16987, OT16986,
OT143577, OT143594, OT143593, OT143592, OT143591, OT143590,
OT143589, OT143588, OT143587, OT143586, OT143585, OT143584,
OT143583, OT143582, OT143581, OT143580, OT143579, OT143578,
OT143576, OT143575, OT143574, OT143573, OT143572, OT143571,
OT143570, OT143569, OT131994, OT131993, OT131992, OT131991,
OT131990, OT131989, OT131988, OT131987, OT131981, OT131970,
OT131964, OT131962, OT131963, OT131961, OT131960, OT131958,
OT131959, OT115426, OT115425, OT115424, OT115423, OT115422,
OT115421, OT115420, OT115419, OT115436, OT115433, OT115435,
OT115434, OT115432, OT115431, OT115430, OT115429, OT115428,
OT115427, OT130193, OT130196, OT130195, OT130197, OT130198,
OT130200, OT130186, OT130187, OT130188, OT130189, OT130190,
OT130191, OT130183, OT130192, OT130184, OT130199, OT130185

  **Published:** October 2008

- **Individual Photographs:** OT130194, OT130204, OT130202, OT130201, OT1119729

  **Published:** October 2008

- **Individual Photographs:** OT15760, OT15769, OT15759, OT117773, OT117774, OT117775,
OT117764, OT117765, OT117766, OT117763, OT117762, OT117754,
OT117756, OT117755, OT117744, OT117745, OT117747, OT117746,



          OT117742, OT117743, OT117741, OT117740, OT117753, OT15785, OT15786, OT15784, OT15782, OT15780, OT15781, OT15779, OT15778, OT15770, OT15772, OT15771, OT15763, OT15762, OT15761, OT15758, OT15757, OT15756, OT15755, OT117807, OT1216289, OT1216288, OT1216303, OT1216296, OT1216295, OT1216294, OT1216293, OT1216292, OT1216291, OT1216298, OT1216299, OT1216300, OT1216302, OT1216301, OT1216290, OT1216297, OT117811, OT117810, OT117812, OT117808, OT117813, OT117809

      **Published:** November 2008

- **Individual Photographs:** OT117841, OT117842, OT117843, OT117846, OT117845, OT117844, OT117838, OT117829, OT117821, OT117818, OT117814, OT117815, OT117817, OT117819, OT117820, OT117822, OT117823, OT117816, OT117825, OT117826, OT117827, OT117828, OT117831, OT117830, OT117833, OT117832, OT117834, OT117835, OT117837, OT117836, OT117839, OT117840, OT117851, OT117852, OT117853, OT117854, OT117855, OT117856, OT117857, OT117858, OT117859, OT117860, OT117861, OT117862, OT117863, OT117847, OT117848, OT117849, OT117850, OT117866, OT117867, OT117868, OT117873, OT117870, OT117869, OT117871, OT117872, OT117875, OT117874, OT117864, OT117865, OT117880, OT117884, OT117885, OT117883, OT117882, OT117881, OT117879, OT117878, OT117877, OT117876, OT117910, OT117911, OT117912, OT117913, OT117914, OT117896, OT117887, OT117888, OT117889, OT117890, OT117891, OT117892, OT117893, OT117894, OT117895, OT117909, OT117908, OT117907, OT117906

      **Published:** December 2008

## Completion/Publication

      **Year of Completion:** 2008
**Earliest Publication Date in Group:** May 05, 2008
**Latest Publication Date in Group:** December 26, 2008
**Nation of First Publication:** United States

## Author

- **Author:** Scott Frances
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Scott Frances
115 Redwood Road, Sag Harbor, NY, 11963, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | OTTO Archive, LLC |
| **Name:** | Bill Hannigan |
| **Email:** | bill@ottoarchive.com |
| **Telephone:** | (212)777-0078 |
| **Address:** | 22 West 23rd Street, 3rd Floor<br>New York, NY 10010 United States |

## Certification

| | |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | November 16, 2023 |
| **Applicant's Tracking Number:** | USCO-09869 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.