# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Exhibit "L"**



**Registration Number**
**VA 2-274-568**
Effective Date of Registration:
November 01, 2021
Registration Decision Date:
November 08, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 27, 2017 to December 14, 2017

### Title

| | |
|---|---|
| **Title of Group:** | Trevor Tondro 2017 |
| **Number of Photographs in Group:** | 422 |

- **Individual Photographs:** OT210373, OT210378, OT210379, OT210376, OT210380, OT210375, OT210374, OT210377
  **Published:** January 2017

- **Individual Photographs:** OT2106735, OT2106728, OT2106727, OT2106729, OT2106724, OT2106731, OT2106722, OT2106732, OT2106733, OT2106730, OT2106726, OT2106734, OT2106723, OT2106725
  **Published:** February 2017

- **Individual Photographs:** OT1153051, OT1153053, OT1153054, OT1153055, OT1153050, OT1153052, OT1153057, OT1153058, OT1153059, OT1153060, OT1153062, OT1153063, OT1153064, OT1153065, OT1153056, OT1153061, OT1153039, OT1153041, OT1153042, OT1153038, OT1153040, OT2116706, OT2116703, OT2116720, OT2116658, OT2116747, OT2116652, OT2116719, OT2116654, OT2116695, OT2116699, OT2116692, OT2116682, OT2116691, OT2116685, OT2116666, OT2116675, OT1263662, OT1263663, OT2116674, OT2116651, OT2116680, OT2116670, OT2116661, OT2116763, OT2116690, OT2116694, OT2116749, OT2116677, OT2116721, OT2116681, OT2116762, OT2116701, OT2116705, OT2116672, OT2116655, OT2116676, OT2116683, OT2116734, OT2116702, OT2116665, OT2116751, OT2116684, OT2116659, OT2116696, OT2116656, OT2116693, OT2116714, OT2116722
  **Published:** March 2017

- **Individual Photographs:** OT1168145, OT1168146, OT1168149, OT1168144, OT1168147, OT1168150, OT1168151, OT1168154, OT1168155, OT1168156, OT1168134, OT1168152, OT1168153, OT1168157, OT1168158, OT1168159, OT1168160, OT1168161, OT1168162, OT1168163, OT1168164, OT1168148
  **Published:** May 2017

- **Individual Photographs:** OT2106619, OT2106617, OT2106631, OT2106618, OT2106629, OT2106632, OT2106620, OT2106637, OT2106636, OT2106635, OT2106627, OT2106622, OT2106612, OT2106634, OT2106626, OT2106621, OT2106628, OT2106623, OT2106630, OT2106625, OT2106615, OT2106624, OT2106633, OT2106616,

OT1226890, OT1226893, OT1226891, OT1227142, OT1226892, OT1226884, OT1226883, OT1226888, OT1227143, OT1227140, OT1226897, OT1227136, OT1227139, OT1227135, OT1226895, OT1227141, OT1226894, OT1226896, OT1227138, OT1227137, OT1226886, OT1226887, OT1226885, OT1226889

**Published:** July 2017

- **Individual Photographs:** OT1190270, OT1184353, OT1184351, OT1184346, OT1184355, OT1190260, OT1184352, OT1190266, OT1190263, OT1184359, OT1190267, OT1184348, OT1190265, OT1190262, OT1184370, OT1190259, OT1184343, OT1184342, OT1184347, OT1184349, OT1190268, OT1184358, OT1184366, OT1184367, OT1184356, OT1190264, OT1184340, OT1184357, OT1190261, OT1184369, OT1184363, OT1190269, OT248830, OT248834, OT248829, OT248810, OT248831, OT248812, OT248833, OT248811, OT248835, OT248828, OT293858, OT293871, OT293866, OT293856, OT293868, OT293859, OT293869, OT293857, OT293870, OT293865, OT293860, OT293880, OT293875, OT293874, OT293872, OT293878, OT293867, OT293877, OT293864, OT293879, OT293863, OT293873, OT293876, OT293862, OT293861, OT293853

  **Published:** August 2017

- **Individual Photographs:** OT29633, OT29630, OT29634, OT29636, OT26183, OT26191, OT26164, OT26160, OT26213, OT26199, OT26171, OT26201, OT26188, OT26211, OT26168, OT26163, OT26184, OT26204, OT26181, OT26158, OT26156, OT26155, OT26172, OT26174, OT26178, OT26145, OT26167, OT26153, OT26151, OT26216, OT26215, OT26214, OT26175, OT26161, OT26173, OT26180, OT26209, OT26210, OT26152, OT26185, OT26159, OT26166, OT26208, OT26192, OT26150, OT26157, OT26162, OT26147, OT29624, OT29631, OT29632, OT29641, OT29640, OT29635, OT29648, OT29642, OT29651, OT29637, OT29646, OT29639, OT29643, OT29654, OT29645, OT29644, OT29649, OT29652, OT29653, OT29625, OT29655, OT29647, OT29650, OT29638, OT26190, OT26176, OT26198, OT26207, OT2116813, OT2116815, OT2116767, OT2116818, OT2116805, OT2116798, OT2116803, OT2116791, OT2116816, OT2116797, OT2116795, OT2116814, OT2116830, OT2116794, OT2116817, OT2116765, OT2116831, OT2116784, OT2116824, OT2116819, OT2116768, OT2116766, OT1259719, OT2116779, OT2116793, OT2116832, OT2116782, OT2116783, OT2116823, OT2116806, OT2116827, OT2116781, OT2116792, OT2116826, OT2116777, OT2116821, OT2116786, OT2116829, OT2116811, OT2116825, OT2116833, OT2116804, OT2116796, OT2116780, OT2116834, OT2116820, OT2116799, OT2116822, OT2116812

  **Published:** September 2017

- **Individual Photographs:** OT1202590, OT1202587, OT1202585, OT1202584, OT1202575, OT1202578, OT1202579, OT1202582, OT1202581, OT1202588, OT1202589, OT1202586, OT1202573, OT1202574, OT1202576, OT1202577, OT1202580, OT1202583, OT1202591

  **Published:** November 2017

- **Individual Photographs:** OT1209504, OT1209471, OT1209477, OT1209510, OT1202307, OT1209516, OT1202311, OT1202302, OT1202308, OT1202304, OT1202301, OT1202306, OT1202309, OT1202315, OT1202312, OT1202303, OT1202299, OT1202310, OT1202300, OT1202313, OT1202314, OT1202305, OT1209495, OT1209479, OT1209517, OT1209480, OT1209515, OT1209514, OT1209513, OT1209512, OT1209511, OT1209523, OT1209522, OT1209521, OT1209520, OT1209519, OT1209518, OT2106648, OT2106645, OT2106644, OT2106647, OT2106649, OT2106646, OT2106638, OT2106640, OT2106642, OT2106639, OT2106641, OT2106643

  **Published:** December 2017



## Completion/Publication

Year of Completion: 2017
Earliest Publication Date in Group: January 27, 2017
Latest Publication Date in Group: December 14, 2017
Nation of First Publication: United States

## Author

- Author: Trevor Tondro
Author Created: photographs
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Trevor Tondro
206 W Channel Road, Santa Monica, CA, 90402, United States

## Rights and Permissions

Organization Name: OTTO Archive, LLC
Name: Bill Hannigan
Email: info@ottoarchive.com
Telephone: (212)777-0078
Address: 793 Broadway 2nd Floor
New York, NY 10003 United States

## Certification

Name: Joe G. Naylor
Date: November 01, 2021
Applicant's Tracking Number: USCO-08081

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application

materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.