# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

# Exhibit "O"



**Registration Number**
**VA 2-352-713**

**Effective Date of Registration:**
May 20, 2023
**Registration Decision Date:**
June 28, 2023

---

## Title

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 12, 2021 to December 21, 2021

|  |  |
|---|---|
| **Title of Group:** | Kelly Marshall 2021 |
| **Number of Photographs in Group:** | 413 |

- **Individual Photographs:** OT2224520, OT2224521
  **Published:** February 2021

- **Individual Photographs:** OT2187961, OT2187973, OT2187972, OT2187971, OT2187970, OT2187969, OT2187968, OT2187967, OT2187966, OT2187965, OT2187957, OT2187964, OT2187963, OT2187946, OT2187962, OT2187947, OT2187948, OT2187949, OT2187950, OT2187951, OT2187952, OT2187953, OT2187954, OT2187955, OT2187956, OT2187958, OT2187959, OT2187960, OT2107435, OT2107422, OT2107423, OT2107425, OT2107420, OT2107487, OT2107427, OT2107428, OT2107421, OT2107429, OT2107430, OT2107433, OT2105302
  **Published:** March 2021

- **Individual Photographs:** OT2188044, OT2188037, OT2188038, OT2188039, OT2188040, OT2188041, OT2188042, OT2188043, OT2188045, OT2188046, OT2188047, OT2188048, OT2188049, OT2188050, OT2188051, OT2188052, OT2188053, OT2188054, OT2188055, OT2188056, OT2188057, OT2188058, OT2188028, OT2188029, OT2188030, OT2188031, OT2188032, OT2188033, OT2188034, OT2188035, OT2188036, OT2188061, OT2188060, OT2188059, OT2188062
  **Published:** April 2021

- **Individual Photographs:** OT2121026, OT2121028, OT2121027, OT2121029, OT2120863, OT2120864, OT2120865, OT2120866, OT2120867, OT2120868, OT2120869, OT2120870, OT2120871, OT2120872, OT2120873, OT2120874, OT2120875, OT2120876, OT2120877, OT2120878, OT2120879, OT2120880, OT2120881, OT2120882, OT2120883, OT2120884, OT2120885, OT2120937, OT2120938, OT2120939, OT2120949, OT2120958, OT2120959, OT2120960, OT2120961, OT2120962, OT2120963, OT2120964, OT2120965, OT2120966, OT2120967, OT2120970, OT2120971, OT2120972, OT2120973, OT2120974, OT2120975, OT2120976, OT2120977, OT2120988, OT2120989, OT2120998, OT2120999, OT2121000, OT2121001, OT2121002, OT2121025, OT2121003, OT2121004, OT2121005, OT2121006, OT2121007, OT2121008, OT2121009, OT2121010, OT2121011, OT2121012, OT2121013, OT2121014, OT2121015, OT2121016, OT2121017, OT2121018, OT2121019, OT2121020, OT2121021, OT2121022, OT2121023,

OT2121024, OT2105308, OT2105309, OT2105318, OT2105319, OT2105320, OT2120945, OT2120940, OT2120941, OT2120942, OT2120943, OT2120944, OT2120946, OT2120947, OT2120950, OT2120951, OT2120952, OT2120953, OT2120954, OT2120955, OT2120956, OT2120936, OT2105307, OT2105310, OT2105311, OT2105312, OT2105313, OT2105314, OT2105315, OT2105316, OT2105317, OT2120948, OT2120861, OT2120862, OT2120982, OT2120983, OT2120984, OT2120985, OT2120986, OT2120987, OT2120990, OT2120991, OT2120992, OT2120993, OT2120994, OT2120995, OT2120996, OT2120997, OT2120969, OT2120978, OT2120981, OT2120979, OT2120980, OT2120957, OT2120968, OT2109868, OT2109856, OT2109869, OT2109857, OT2109858, OT2109859, OT2109860, OT2109861, OT2109862, OT2109863, OT2109864, OT2109865, OT2109866, OT2109867, OT2109870

**Published:** June 2021

- **Individual Photographs:** OT2187932, OT2187933, OT2187929, OT2187936, OT2187937, OT2187938, OT2187939, OT2187930, OT2187942, OT2187935, OT2187934, OT2187940, OT2187941, OT2187931, OT2187926, OT2187919, OT2187920, OT2187922, OT2187921, OT2187923, OT2187924, OT2187925, OT2187927, OT2187928, OT2187943, OT2187945, OT2188026, OT2188027, OT2188020, OT2188021, OT2188022, OT2188024, OT2188019, OT2188018, OT2188023, OT2188025

   **Published:** July 2021

- **Individual Photographs:** OT2120765, OT2120767, OT2120764, OT2120772, OT2120769, OT2120770, OT2120760, OT2120762, OT2120768, OT2120766, OT2120763, OT2120773

   **Published:** August 2021

- **Individual Photographs:** OT2120713, OT2120731, OT2120745, OT2120756, OT2120734, OT2120732, OT2120715, OT2120752, OT2120751, OT2120719, OT2120753, OT2120722, OT2120716, OT2120723, OT2120747, OT2120737, OT2120742, OT2120718, OT2120750, OT2120755, OT2120714, OT2120739, OT2120727, OT2120746, OT2120733, OT2120757, OT2120738, OT2120724, OT2120744, OT2120754, OT2120721, OT2120735, OT2120729, OT2120741, OT2120748, OT2120740, OT2120743, OT2120725, OT2120726, OT2120730, OT2120758, OT2120749, OT2120759, OT2120717, OT2120720, OT2120728, OT2135034, OT2135026, OT2135023, OT2134997, OT2135035, OT2135024, OT2135021, OT2135008, OT2135031, OT2135018, OT2135025, OT2135037, OT2135036, OT2135022, OT2135032, OT2135027, OT2135020, OT2135009, OT2135019, OT2135030, OT2134983, OT2134980, OT2134979, OT2134999, OT2134976, OT2135005, OT2135039, OT2135004, OT2135052, OT2135045, OT2134991, OT2135051, OT2134994, OT2135029, OT2135016, OT2135010, OT2135003, OT2134978, OT2135041, OT2135047, OT2134981, OT2134966, OT2135000, OT2134986, OT2135012, OT2134987, OT2134982, OT2134992, OT2135050, OT2135013, OT2135007, OT2134996, OT2134993, OT2135028, OT2135048, OT2134967, OT2135011, OT2134984, OT2134998, OT2135044, OT2135038, OT2134985, OT2134977, OT2135053, OT2134969, OT2134990, OT2135042, OT2135017, OT2134973, OT2134965, OT2134970, OT2135001, OT2135015, OT2135002, OT2135006, OT2134974, OT2134989, OT2134971, OT2134995, OT2134972, OT2134968, OT2135046, OT2134975, OT2135040, OT2135049, OT2135043, OT2134988

   **Published:** November 2021

- **Individual Photographs:** OT2224525, OT2224524, OT2224523, OT2224522, OT2224528, OT2224527
   **Published:** December 2021

## Completion/Publication

**Year of Completion:** 2021



**Earliest Publication Date in Group:** February 12, 2021
**Latest Publication Date in Group:** December 21, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Kelly Marshall
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Marshall
450 W 24th St. #3F, New York, NY 10011, United States

## Rights and Permissions

**Organization Name:** OTTO Archive, LLC
**Name:** Bill Hannigan
**Email:** info@ottoarchive.com
**Telephone:** (212)777-0078
**Address:** 128 Java Street
Brooklyn, NY 11222  United States

## Certification

**Name:** Joe G. Naylor
**Date:** May 20, 2023
**Applicant's Tracking Number:** USCO-09355

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.