

## Taking Inspiration From The Shelter Magazines For Summer Decor

It's summer and most of us are wishing for long, sunny days by the seashore. Any time I am near the beach — away on a weekend trip visiting family, or at a destination resort, I leave feeling inspired to decorate happy, bright spaces with new things from my website. I get excited when I peruse the shelter magazines and see many of the products we sell as many of the products we sell at The Well Appointed House prominently featured in many of the spreads. Good designers think alike and often gravitate towards the same products I pick for our web retail collection. I generally don't see all of the orders that come in, but when I am organizing stacks of invoices I take a peek and get a lift when I see one of my favorite design firms buying from us. This week it was wicker that went to Michael Smith Incorporated. His firm is an American favorite. Here are some 'clips' for you to take inspiration from, along with our corresponding products. Buy them for yourself if you like the look!



*From House Beautiful – a Palm Beach Maisonette's Living Room, Decorated by Mimi McMakin*



Kitchen Faucet

Bathroom Faucets

Kitchen Faucets, Pot Filler Faucets, Bathroom Faucets | Wowow

wowowfaucet.com | OPEN

The sunburst mirror pictured is from Worlds Away. It's the Versailles Gold Leaf Sunburst Mirror (WA-VERSAILLESG) retails for $480. Contact us to order.



SEARCH

## MEET MELISSA



Melissa is the owner and founder of The Well Appointed House, a company that sells luxuries for the home, furniture, gifts, decorative accessories and is based in Greenwich, CT

## SUBSCRIBE



sign up for our newsletter!



Kleidung für Maler & Lackierer

Strapazierfähige Malerhosen mit Stretch-Anteil und Taschen auf ihren Beruf zugeschnitten.

## RELATED POSTS

Fun Holiday Gifts from Gray Malin

0    1567    0

## MOST POPULAR POSTS





Sponsored Fashion Post: Fibi & Clo New York Shoes!

💬 5   👁 207975   ❤ 11

Maine Cottage Furniture – Great Bedroom Furniture for the Summer Home!

💬 19   👁 207683   ❤ 13



Stunning Front Door Ideas: Add a Portico! 20 Gorgeous Entryways!

💬 6   👁 154071   ❤ 4



**ADVERTISING**



*From Veranda Magazine – Southampton shingled cottage decorated by Thomas Pheasant*

Your exteriors should look as fresh as your interiors.  I love the urns on bases that appear to have been painted the same color as the wood trim on this house in Southampton, NY.  We've got many great urn options in our Patio & Garden collection and the idea of painting them is fun!

**LATEST TWEETS**

loading feed...



We've got all price points of garden urns, similar to the ones pictured above.  This one is a favorite because it's made of sand, stone and fiberglass and is lightweight and easy to move.  The best part is the price at just $210 – Buy it Here.





I'm a big fan of Charlotte Moss and the hammock at her East Hampton home looks very inviting.  I like how she has placed a Chinese garden seat next to the hammock for her book and of course, champagne.  We've got a big collection of garden stools here:



Peony & Hibiscus Blue and White Garden Stool





This Lyford Cay, Bahamas home – Villa Contenta – got a major overhaul by NYC based interior designer Andrew Raquet.  The Clear Glass Star Chandeliers caught my eye.  We've got a number of them in different sizes, both with clear glass and colored glass.  They are a great option for a summer home because they add a touch of whimsy and are very affordable.  Take a look at one here.



I was giddy over Miles Redd's transformation of this tropical Lyford Cay beach house in this month's Architectural Digest.  Miles doesn't hold back where color and patterns are concerned and somehow, it all comes together.  Here are a few of the fabulous photos, but read the entire article here.















It's amazing how popular the porcelain garden seats have become. I see them in literally every installation featured in the press these days. Miles uses the Cane Ceramic Stool in White in the photo above. We have them in every color – here we featured the stool in turquoise. Contact us to order it in white.



Just a few fun product finds taken from the pages of our favorite home decor magazines! Enjoy!


pleme.eu

OPEN

## Related Posts









Miles Redd Designs at Bakers Bay, Bahamas

Spring 2016 Design Trend: Tropical Decor

6 Ways to Add Beach House Flair to Your Home

Visiting the Rosewood Baha Mar on Spring Break – Plus Lyford Cay and The Albany

**Share this:**

   

**Related**

Another Shelter & Lifestyle Magazine is Launching: Anthology-Living with Substance and Style
September 20, 2010
In "Decor"



Designer Q&A With Janie
Molster
February 10, 2018
In "Decor"

First Lady Style - Formal
Daytime Attire for Ladies
January 22, 2017
In "Fashion"

💬 2 Replies                                    Share This ✚

JUL                              ♡ 0        💬 1705
22

🏷  Decor, News

🏷  Beach House, Charlotte Moss, LaTorTe Cay, Miles Redd, Mimi McMakin

← New for the Nursery! Fabulous Cribs from Newport Cottages        The Royal Baby Has Arrived! Prince George of Cambridge & the Royal Nursery →

2 COMMENTS

**home designers**
January 29, 2014 at 10:02 am

I all the time used to study piece of writing in news papers but now as I am a user of web so from now I
am using net for articles or reviews, thanks to web.

Reply ↩

**minecraft**
April 20, 2019 at 12:29 pm

Hey there! Someone in my Facebook group shared this website with us so
I came to look it over. I'm definitely loving the information. I'm book-marking and will be tweeting this to my
followers!

Excellent blog and great design and style.

Reply ↩

LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment

[ ]

Name *

[ ]

Email *

[ ]

Website

[ ]

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

POST COMMENT

Modified: 06 Oct 2021   Screenshot: 06 Oct 2021 02:27:30



**wellappointedhouse** · Follow
Greenwich, Connecticut

**wellappointedhouse** 141w
For years I've wanted to plan a #vegetablegarden around a #greenhouse or #gardenfolly and I'm finally getting going. Here are some looks I'm considering- which is your favorite? #gardening #gardeninglife

**katiehawks_** 140w
1.4&5.

1 like  Reply

**klug_gen** 141w
🔥

1 like  Reply

**_ci_ci_04** 141w
2 and 3 kinda reminds me of one of the scene of Sound of Music "16

**158 likes**
MARCH 11, 2021

Add a comment…

LATEST TWEETS

loading feed...



Design by William Eubanks

Design by Betsy Shiverick

https://blog.wellappointedhouse.com/2017/01/painted-cabinetry-kitchen-paint-color-bathroom-colors-and-more.html

FASHION          DECOR          JETSET          ENTERTAINING          THINGS WE❤️          CHIC PARENTING          ABOUT US          SHOP THE STORE



Modified: 11 Oct 2023  Screenshot: 11 Oct 2023 10:20:47  Display Size: 564x757px



**wellappointedhouse** · Follow ···



**wellappointedhouse** 112w
How gorgeous is this #foyer by
@katieridderinc - I ❤️ the
#boldshadesofblue and the use of the
#wallbrackets and the #blueandwhite
inspiration

# No comments yet.

Start the conversation.

     

**30 likes**
OCTOBER 1, 2021

 Add a comment... ☺

Cathy Kincaid Interiors



Design by Mimi McMakin: Photo by Eric Piasecki







Captured by FireShot Pro: 28 November 2023, 14:47:08
https://getfireshot.com



100% Cashmere Heavy Knit Cable Throw in Ivory



Photo: House Beautiful

Get the look:





**wellappointedhouse** • Follow ⋯

**wellappointedhouse** 149w
How fabulous is the @damienhirst art in this #WestVillage townhouse owned by Grace Fuller and Diego Marroquin as featured in @archdigest ? By @janekeltnerdev @noedewitt @mieketenhave #interiors #interiordesign #wallart

# No comments yet.

Start the conversation.

   

**120 likes**

JANUARY 15, 2021

 Add a comment… 





**wellappointedhouse** 149w
How fabulous is the @damienhirst art in this #WestVillage townhouse owned by Grace Fuller and Diego Marroquin as featured in @archdigest ? By @janekeltnerdev @noedewitt @mieketenhave #interiors #interiordesign #wallart

# No comments yet.

Start the conversation.

   

**120 likes**
JANUARY 15, 2021

 Add a comment... 



**wellappointedhouse** · Follow    ···

 **wellappointedhouse** 149w
How fabulous is the @damienhirst art in this #WestVillage townhouse owned by Grace Fuller and Diego Marroquin as featured in @archdigest ? By @janekeltnerdev @noedewitt @mieketenhave #interiors #interiordesign #wallart

# No comments yet.

Start the conversation.

      

**120 likes**
JANUARY 15, 2021

 Add a comment...    



 **wellappointedhouse**  149w
How fabulous is the @damienhirst art in this #WestVillage townhouse owned by Grace Fuller and Diego Marroquin as featured in @archdigest ? By @janekeltnerdev @noedewitt @mieketenhave #interiors #interiordesign #wallart

# No comments yet.

Start the conversation.

     

**120 likes**
JANUARY 15, 2021

 Add a comment...   



**wellappointedhouse** • Follow                    •••

**wellappointedhouse** 112w
A #powderroom sink perfectly situated on a window 👌 - isn't the color gorgeous? @elledecor @joelbarkleyarchitect @toddklein

**jillybinazee** 87w
My favorite color! My kitchen cabinets are this :)
1 like   Reply

**asouthernpreppy** 112w
I love this color! 💕 💕 💕
1 like   Reply

**sinclair_realty_bermuda** 112w
❤️
1 like   Reply

84 likes
OCTOBER 2, 2021

Add a comment…



Captured by FireShot Pro: 29 November 2023, 10:00:13
https://getfireshot.com



### Skylight

This pale blue grey takes its name from the soft natural light that often pours through ceiling skylights. However, it is less reflective than Borrowed Light, reading as a definite cool blue when used in small spaces but becoming paler and greyer when used in larger areas.



Film executive Ricky Strauss in front of one of the custom built-ins in his bedroom, which are painted in Farrow & Ball Borrowed Light.


Image Source: Veranda



Miles Redd uses our Frosted Glass Star Chandeliers in this entry hall in the Hamptons!  These are very well priced lighting fixtures and are very popular.   The large size is around $372. I have one in my son's playroom bathroom.  It adds a whimsical feel!  The sharp lines of these star chandeliers are a nice contrast to the soft, fluffy palm leaves in aqua hues.



Pretty and Pink for the Home

💬 1    👁 3967    ❤ 2

## MOST POPULAR POSTS

Sponsored Fashion Post: Fibi & Clo New York Shoes!

💬 4    👁 177983    ❤ 5

Maine Cottage Furniture - Great Bedroom Furniture for the Summer Home!

💬 13    👁 148074    ❤ 8

Anduze Pots

💬 4    👁 63777    ❤ 0

## ADVERTISING

Spring Inspired Wallpaper

https://blog.**wellappointedhouse**.com/2023/03/spring-inspired-wallpaper-patterns.html

FASHION    DECOR    JETSET    ENTERTAINING    THINGS WE❤️    CHIC PARENTING    ABOUT US    SHOP THE STORE



Modified: 11 Oct 2023  Screenshot: 11 Oct 2023 10:23:00  Display Size: 720x1023px

SUBSCRIBE

sign up for
our newsletter!

RELATED POSTS

Patio & Garden Design Inspiration

0    9052    0